**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Rigoberto Moreno

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO MORENO,<br><br>　　　Plaintiff,<br><br>　　　v<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | No.  SACV13-01424 VBK<br><br>ORDER<br>AWARDING EQUAL ACCESS<br>TO JUSTICE ACT ATTORNEY<br>FEES AND COSTS |

　　　Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

　　　IT IS ORDERED that the Commissioner shall pay the amount of THREE THOUSAND FOUR HUNDRED FIFTY DOLLARS and NO CENTS ($3,450.00) for attorney fees and FOUR HUNDRED TWENTY-TWO DOLLARS and THIRTY-ONE CENTS ($422.31) for costs, as authorized by 28 U.S.C. §§1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

　　　Dated: July 18, 2014

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　THE HONORABLE VICTOR B. KENTON
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE